# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CICERO LOMONT MYERS,<br><br>            Petitioner,<br><br>     v.<br><br>UNITED STATES OF AMERICA,<br><br>            Respondent. | Case No. CV 15-04380 DMG (RAO)<br><br><br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and this action is dismissed without prejudice.

DATED: February 3, 2016

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE